IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>FOR THE USE AND BENEFIT OF<br>ATLANTIC REFINISHING &<br>RESTORATION, INC.,<br><br>        Plaintiff/Use-Plaintiff,<br><br>v.<br><br>SELECTIVE INSURANCE COMPANY<br>OF AMERICA<br>40 WANTAGE AVENUE<br>BRANCHVILLE, NJ 07890,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT

**NOW COMES** Use-Plaintiff Atlantic Refinishing & Restoration, Inc. ("Plaintiff" or "Atlantic"), by and through undersigned counsel, and for its Complaint against Selective Insurance Company of America ("Defendant" or "Selective") alleges as follows:

### Parties

1. Atlantic is a corporation organized under the laws of Maryland whose principal place of business is in Waldorf, Maryland. Atlantic is a specialty trade contractor primarily engaged as a subcontractor on construction projects in the Washington Metropolitan area.

2. Defendant Selective, based on information and belief, is corporation organized under the laws of New Jersey whose principal place of business is in Branchville, N.J. Selective is engaged in the business of providing surety bonds for construction contractors.

### Jurisdiction

3. This Court has jurisdiction over Atlantic's claims based on the Miller Act, 40

1

U.S.C. § 3131 *et seq.,* which vests exclusive, original jurisdiction in this Court. *See* 40 U.S.C. § 3133(b).

4. This Court additionally has diversity jurisdiction over Atlantic's claims against Selective under 28 U.S.C. § 1332(a), in that Atlantic and Selective are citizens of different states and the amount in controversy exceeds $75,000.00.

## Factual Background

5. On or about March 21, 2006, the U.S. General Services Administration, an agency of the United States Government ("the Owner"), awarded a contract to a company known as Total Contracting, Inc. ("Total"), for the renovation of a portion of the E. Barrett Prettyman United States Courthouse building in Washington, D.C. ("the Prettyman Building"). The Prettyman Building houses the United States District Court for the District of Columbia, as well as the federal Court of Appeals for the D.C. Circuit, and various other offices and agencies associated with the federal judiciary.

6. On or around March 21, 2006, Selective issued to Total Payment Bond No. B839686, pursuant to the Miller Act, under the terms of which Selective promised to pay for any labor, materials and equipment furnished to the Prettyman Building project in the event that Total failed to pay its subcontractors or suppliers. A copy of the Payment Bond is attached here as Exhibit 1.

7. On or around June 12, 2006, Total entered into a subcontract with Atlantic under which Atlantic was to perform certain stone restoration work on the exterior of the Prettyman Building. A copy of the subcontract agreement is attached here as Exhibit 2.

8. On or around November 15, 2007, Atlantic completed all the work it was directed to do by Total on the Prettyman Building in accordance with its subcontract obligations.

9. The Owner accepted and approved all of Atlantic's work on the Prettyman Building. Based on information and belief, the Owner paid Total for Atlantic's work.

10. Despite the fact that Atlantic fulfilled all its obligations under its agreement with Total, Total has failed to pay all amounts justly due and owing under its agreement with Atlantic. The amount justly due and owing to Atlantic for labor and materials furnished to the Prettyman Building, exclusive of interest and attorney's fees, is $147,580.15. This amount, which represent both base contract and approved change order work, has been due and owing since November 2007.

11. Atlantic has made demand to Selective under the Payment Bond, but to date Selective has failed to respond to the demand or otherwise to make payment to Atlantic.

### COUNT I
### (Miller Act Bond Claim)

12. The allegations of paragraphs 1-11 are hereby incorporated by reference as if fully restated.

13. Total owes Atlantic an unpaid contract amount of $147,580.15 for Atlantic's work on the Prettyman Building project.

14. All conditions precedent to the filing of this action have been satisfied, and this action is timely under the Miller Act.

WHEREFORE, Atlantic prays that this Honorable Court enter judgment in favor of Plaintiff and against Selective, in the amount of $147,580.15, plus interest, costs, and any other relief that this Court deems just and proper.

Respectfully submitted,

_____
Herman M. Braude, D.C. Bar No. 051326

hbraude@braudemargulies.com
Michael A. Lewis, D.C. Bar No. 479906
mlewis@braudemargulies.com
Gina Jun, D.C. Bar No. 465762
gjun@braudemargulies.com
BRAUDE & MARGULIES, P.C.
1200 Potomac Street, N.W.
Washington, D.C. 20007
(202) 471-5400 - phone
(202) 471-5404 - fax

Bond #B839...

| PAYMENT BOND (See instructions on reverse) | DATE BOND EXECUTED (Must be same or later than date of contract) March 21, 2006 | OMB No.: 9000-0045 |
|---|---|---|

Public reporting burden for this collection of information is estimate to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405

**PRINCIPAL** (Legal name and business address)
Total Contracting, Inc.
2920 Gracefield Road
Silver Spring, MD 20904

**TYPE OF ORGANIZATION** ("X" one)
☐ INDIVIDUAL    ☐ PARTNERSHIP
☐ JOINT VENTURE    ☒ CORPORATION

**STATE OF INCORPORATION**
Maryland

**SURETY(IES)** (Name(s) and business address(es))
Selective Insurance Company of America
40 Wantage Avenue
Branchville, NJ 07890

**PENAL SUM OF BOND**

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|
| -0- | -484- | -900- | -0- |

**CONTRACT DATE**: 03/21/06
**CONTRACT NO.**: GS-11P06YTC-0235

## OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

## CONDITIONS:

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

## WITNESS:

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

**PRINCIPAL**

SIGNATURE(S): 1. [signature] (Seal)  2. (Seal)  3. (Seal)    Corporate Seal
NAME(S) & TITLE(S) (Typed): 1. CARLOS A. FLORES, PRESIDENT

**INDIVIDUAL SURETY(IES)**

SIGNATURE(S): 1.  (Seal)   2.  (Seal)
NAME(S) (Typed): 1.   2.

**CORPORATE SURETY(IES)**

SURETY A
NAME & ADDRESS: Selective Insurance Company of America, 40 Wantage Avenue, Branchville, NJ 07890
STATE OF INC.: NJ
LIABILITY LIMIT: $ 25,105,000.00
SIGNATURE(S): 1. [signature Patricia A. McHenry]   2.
NAME(S) & TITLE(S) (Typed): 1. Patricia A. McHenry, Attorney-in-fact
Corporate Seal

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is usable

STANDARD FORM 25A (REV. 10-98)
Prescribed by ...

EXHIBIT 1

**CORPORATE SURETY(IES) (Continued)**

| | | | STATE OF INC. | LIABILITY LIMIT $ | |
|---|---|---|---|---|---|
| **SURETY B** | NAME & ADDRESS | | | | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY C** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY D** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY E** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY F** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY G** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

## INSTRUCTIONS

1. This form, for the protection of persons supplying labor and material, is used when a payment bond is required under the Act of August 24, 1935, 49 Stat. 793 (40 U.S.C. 270a-270e). Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)," In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

    (b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

Selective Insurance Company of America
40 Wantage Avenue
Branchville, New Jersey 07890
973-948-3000

## POWER OF ATTORNEY

**KNOW ALL MEN BY THESE PRESENTS:** That the Selective Insurance Company of America, a New Jersey corporation having its principal office in Branchville, State of New Jersey, pursuant to Article VII, Section 13 of the By-Laws of said Company, to wit:

"The Chairman of the Board, President, any Vice Presidents or the Secretary may, from time to time, appoint attorneys in fact, and agents to act for and on behalf of the Company and they may give such appointee such authority, as his/her certificate of authority may prescribe, to sign with the Company's name and seal with the Company's seal, bonds, recognizances, contracts of indemnity and other writings obligatory in the nature of a bond, recognizance or conditional undertaking, and any of said Officers may, at any time, remove any such appointee and revoke the power and authority given him/her.

does hereby make, constitute and appoint   **PATRICIA A. McHENRY, HAROLD ANTHONY SANTUCCI, JR.**

its true and lawful Attorney-in-fact, to make, execute, seal and deliver for and on its behalf, and as its act and deed, bonds, undertakings, recognizances, contracts of indemnity, or other writings obligatory in the nature of a bond subject to the following limitations:   **NO ONE BOND TO EXCEED FOUR MILLION DOLLARS ($4,000,000.00)**

and to bind the Selective Insurance Company of America thereby as fully and to the same extent as if such instruments were signed by the duly authorized officers of the Selective Insurance Company of America, and all the acts of said Attorney are hereby ratified and confirmed.

IN WITNESS WHEREOF, the Selective Insurance Company of America has caused these presents to be signed by its **Senior Vice President** and its corporate seal to the hereto affixed this **20TH** day of **FEBRUARY, 2004**

Selective Insurance Company
BY: _____
Antonio C. Albanese, Senior Vice President

CERTIFIED COPY

State of New Jersey
County of Sussex

On this **20TH** day of **FEBRUARY, 2004** before the subscriber a Notary Public of the State of New Jersey in and for the County of Sussex duly commissioned and qualified, came Antonio C. Albanese of the Selective Insurance Company of America, to me personally known to be the officer described herein, and who executed the preceding instrument, and he acknowledged the execution of the same, and being by me duly sworn, deposed and said that he is an officer of said Company aforesaid; that the seal affixed to the preceding instrument is the corporate seal of said Company; and the said corporate seal and his signature as officer were duly affixed and subscribed to the said instrument by the authority and direction of the Company; that Article VII, Section 13 of the By-Laws of said Company is now in force.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal at Branchville, New Jersey this **20TH** day of **FEBRUARY, 2004**

JUDITH E. CHAMBERLAIN
Notary Public of New Jersey
Commission Expires 10/17/2008

The power of attorney is signed and sealed by facsimile under and by the authority of the following Resolution adopted by the Board of Directors of Selective Insurance Company of America at a meeting duly called and held on the 6th of February 1987, to wit:

"RESOLVED, the Board of Directors of Selective Insurance Company of America authorizes and approves the use of a facsimile corporate seal, facsimile signatures of corporate officers and notarial acknowledgements thereof on powers of attorney for the execution of bonds, recognizances, contracts of indemnity and other writings obligatory in the nature of a bond, recognizance or conditional undertaking........"

I, Patricia A. Fulkrod, Assistant Secretary of the Selective Insurance Company of America, do hereby certify that the above and foregoing is a true and correct copy of a Power of Attorney executed by said Company which is still in full force and effect.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said Company at Branchville, New Jersey this 21st day of March 2006.

_____
Patricia A. Fulkrod
Assistant Secretary

B-91 (10/03)
The RED border on the face of this document has a security VOID background pattern. If it is not RED and the word VOID is visible, this is not a certified copy. Telephone us at Area Code 973-948-3000

# TOTAL CONTRACTING, INC.
# SUBCONTRACT AGREEMENT
# STANDARD SHORT-FORM

THIS AGREEMENT, entered into on the 12Th day of  June , 2006 by and between Total Contracting, Inc., 2920 Gracefield Road, Silver Spring, MD 20904, ("Total"), AND **SUBCONTRACTOR**,

___Atlantic Refinishing & Restoration, Inc.___ (tax id # _____ ) to perform the
(Business Name, Address, Phone, & Fax)
work identified in Article 1 in accordance with the Project's Contract Documents.

**PROJECT**: Restoration and cleaning of exterior stone, masonry and metal surfaces at the Elijah Barrett Prettyman Courthouse, 333 Constitution Avenue, NW, Washington, DC 20001 ("Project").
(Description of Project and Location)

**OWNER**:  U.S. General Services Administration ("Owner").

**ARCHITECT/ENGINEER:** Oudens & Knoop Architects ("Architect").

**Article 1. Scope of Work.** SUBCONTRACTOR agrees to furnish all labor, materials, supervision, tools, plant, supplies, equipment, scaffolding and warehousing, and to perform all work required of it to the satisfaction of Total and in full compliance with the terms of this Subcontract and the Contract Documents required for: The Restoration and cleaning of exterior stone, masonry and metal surfaces at the Elijah Barrett Prettyman Courthouse, 333 Constitution Avenue, NW, Washington, DC 20001 (the "Subcontract Work"). Additional terms and conditions governing this Contract are attached hereto as Attachment A.

SUBCONTRACTOR is also bound, with respect to the Subcontract Work, by all the terms and provisions of the Contract Documents by which Total is bound under the Prime Contract ("Prime Contract") with the Owner. All documents forming a part of the Prime Contract (the "Contract Documents") are incorporated by reference and made a part of this Subcontract. In the event of conflicts or inconsistencies between the Subcontract and Contract Documents, this Subcontract shall govern.

**Article 2. Subcontract Sum.** Subject to the Subcontract terms and conditions, Total agrees to pay SUBCONTRACTOR for satisfactory and timely performance and completion of its Subcontract Work the total sum of ___Two Hundred Seventeen Thousand Three Hundred Ninety Eight Dollars__ ($217,398.00)
[Amount in Words]
The Subcontract Sum is subject to additions and deductions by Change Orders as provided herein. Payment by Total to SUBCONTRACTOR shall not constitute or imply acceptance of any portion of the Subcontract Work.

Retainage shall be five percent ( 5 %). Progress Payments, subject to permitted withholdings, shall be for the accepted amount and shall be made to SUBCONTRACTOR within seven (7) working days after Total receives payment by Owner for SUBCONTRACTOR'S work. Final Payment, subject to permitted withholdings, shall be made within seven (7) days after Total receives final payment from Owner. Receipt of payment by Total from Owner is a condition precedent to SUBCONTRACTOR's right to any payment hereunder. No payment of any kind is due until Total receives such lien and claim releases, affidavits, warranties, and guarantees required by the Contract Documents or Total.

**Article 3. Time.** ALL PHASES MUST BE COMPLETED WITHIN 120 CALENDAR DAYS.
The Schedule of Work, including that of this Subcontract, may be revised periodically. SUBCONTRACTOR recognizes that changes may be made in Total's Schedule, and agrees to comply with such changes without additional compensation. SUBCONTRACTOR shall coordinate its work with all other contractors, subcontractors, and suppliers on the Project so as not to delay or damage their performance, work, or the Project.

EXHIBIT 2

1

**Article 4. Changes and Claims.** (a) Total reserves the right to require changes in, and deviations from, the Subcontract Work. Adjustment, if any, in the Subcontract Sum or Subcontract Time resulting from such changes shall be set forth in a Subcontract Change Order provided the Subcontract procedures and notice requirements herein are followed and any changes involving an increase in the Contract Sum or Time at issue are agreed to in writing before the work is performed. If Total directs SUBCONTRACTOR to perform extra or additional work, SUBCONTRACTOR agrees that it will promptly perform and complete such work whether or not Total and SUBCONTRACTOR have agreed on the cost or time implications of such work.

**Article 5. Insurance.** Prior to beginning the Subcontract Work, SUBCONTRACTOR shall procure and maintain in force for the duration of the Subcontract Work, Workman's Compensation Insurance, Employers Liability Insurance, Comprehensive General Liability Insurance, Automobile Liability Insurance, and all insurance required of Total under the Contract Documents. With the exception of Workers' Compensation Insurance, all insurance procured hereunder shall name Total, Owner, and Architect as additional insureds.

**Article 6. Indemnification.** To the fullest extent permitted by law SUBCONTRACTOR agrees to indemnify, defend and hold harmless Total, Owner, and each of their officers, agents, employees, successors, assigns, sureties, and subcontractors (collectively "Indemnitees") from and against any and all liability, claims, demands, damages, losses, and expenses of any nature, including attorneys' fees and expenses, (collectively "Liabilities") caused, contributed to, or directly or indirectly arising out of or resulting from (in whole or in part) any act or omission of SUBCONTRACTOR, its subcontractors, suppliers, or anyone directly or indirectly employed by any of them. SUBCONTRACTOR's indemnification obligations shall apply even if such Liabilities are caused in part by an Indemnitee.

**Article 7. Default.** If SUBCONTRACTOR at any time defaults in performing any obligations under this Subcontract in a manner satisfactory to Total then SUBCONTRACTOR shall be deemed to be in default and Total shall have the immediate right to, without voiding the other provisions of this Subcontract, upon written notice to SUBCONTRACTOR: (1) terminate SUBCONTRACTOR's performance of all or a part of the Subcontract Work; and/or (2) take all remedial steps it deems necessary, in its sole discretion and charge the cost thereof to SUBCONTRACTOR, who shall be liable for payment of same, including reasonable overhead, profit, and attorneys' fees. SUBCONTRACTOR agrees that if it is terminated hereunder, it is not entitled to receive any further payment until the Subcontract Work is fully completed and accepted by Total and Owner, and Owner has paid Total in full for such Work.

**Article 8. Warranty** SUBCONTRACTOR guarantees that it shall promptly make good, without cost to Total or Owner, any imperfections in materials and/or workmanship which might exist or develop in its Subcontract Work within the applicable warranty period specified in the Contract Documents or for a period of one (1) year from the date of Final Completion of the Project, whichever is longer.

**Article 9. Miscellaneous.** (a)    Special Provisions.  _None_

    (b)    No provision of this Subcontract may be changed or amended except by a written document signed by a duly authorized representative of Total. This Subcontract shall become effective and binding upon the parties hereto upon the earlier to occur of: (a) execution of the Subcontract by an authorized representative of each party or (b) the Subcontractor's commencement of the Subcontract Work.

| TOTAL CONTRACTING, INC. | Atlantic Refinishing & Restoration, Inc. |
|---|---|
| CONTRACTOR | SUBCONTRACTOR |
| BY: _[signature]_    PRESIDENT    TITLE | BY: ____    TITLE |
| JUNE 12, 2006 | |
| DATE | DATE |

2

# Attachment A

1. Atlantic Refinishing & Restoration, Inc. proposal dated March 9, 2006. (copy is attached)

2. Wage Scale Decision Number: DC020003 (copy is attached)

WAIS Document Retrieval								Page 1 of 7

GENERAL DECISION: DC20030003 02/03/2006 DC3

Date: February 3, 2006
General Decision Number: DC20030003 02/03/2006

Superseded General Decision Number: DC020003

State: District of Columbia

Construction Type: Building

County: District of Columbia Statewide.

BUILDING CONSTRUCTION PROJECTS (Does not include single family homes and apartments up to and including 4 stories)

| Modification Number | Publication Date |
| --- | --- |
| 0 | 06/13/2003 |
| 1 | 10/03/2003 |
| 2 | 10/31/2003 |
| 3 | 01/09/2004 |
| 4 | 03/19/2004 |
| 5 | 04/02/2004 |
| 6 | 05/14/2004 |
| 7 | 06/11/2004 |
| 8 | 06/18/2004 |
| 9 | 06/25/2004 |
| 10 | 07/02/2004 |
| 11 | 07/09/2004 |
| 12 | 07/16/2004 |
| 13 | 08/13/2004 |
| 14 | 08/20/2004 |
| 15 | 09/17/2004 |
| 16 | 09/24/2004 |
| 17 | 10/29/2004 |
| 18 | 11/12/2004 |
| 19 | 01/21/2005 |
| 20 | 04/01/2005 |
| 21 | 05/06/2005 |
| 22 | 06/03/2005 |
| 23 | 06/10/2005 |
| 24 | 06/24/2005 |
| 25 | 07/01/2005 |
| 26 | 07/08/2005 |
| 27 | 07/22/2005 |
| 28 | 08/19/2005 |
| 29 | 08/26/2005 |
| 30 | 09/16/2005 |
| 31 | 10/28/2005 |
| 32 | 11/04/2005 |
| 33 | 11/11/2005 |
| 34 | 11/25/2005 |
| 35 | 02/03/2006 |

ASBE0024-001 10/01/2005

										Rates		Fringes

Asbestos Worker/Heat and

```
    Frost Insulator
        Includes the application
        of all insulating
        materials, protective
        coverings, coatings and
        finishes to all types of
        mechanical systems..........$ 25.83              12.38
----------------------------------------------------------------
ASBE0024-002 10/01/2005

                                    Rates           Fringes

    Hazardous Material Handler
        Includes preparation,
        wetting, stripping,
        removal, scrapping,
        vacuuming, bagging and
        disposing of all
        insulation materials,
        whether they contain
        asbestos or not, from
        mechnical systems...........$ 12.72              5.85
----------------------------------------------------------------
ASBE0024-005 06/17/2005

                                    Rates           Fringes

    Fire Stop Technician
        Includes the application
        of materials or devices
        within or around
        penetrations and openings
        in all rated wall or floor
        assemblies, in order to
        prevent the passage of
        fire, smoke or other
        gases. The application
        includes all components
        involved in creating the
        rated barrier at perimeter
        slab edges and exterior
        cavities, the head of
        gypsum board or concrete
        walls, joints between
        rated wall or floor
        components, sealing of
        penetrating items and
        blank openings..............$ 20.94              5.59
----------------------------------------------------------------
BRDC0001-001 11/06/2005

                                    Rates           Fringes

    Bricklayer......................$ 25.25              6.09
----------------------------------------------------------------
CARP0132-006 05/01/2005

                                    Rates           Fringes

    Carpenter (Including Drywall
```

WAIS Document Retrieval                                          Page 3 of 7

```
    Hanging).....................$ 22.89         5.39
    Piledriver...................$ 21.47         5.81
----------------------------------------------------------------
ELEC0026-003 09/02/2002

                                 Rates          Fringes

    Communication Technician.....$ 20.60         5.09
```

SCOPE OF WORK: Includes low voltage construction, installation, maintenance and removal of teledata facilities (voice, data and video) including outside plant, telephone and data inside wire, interconnect, terminal equipment, central offices, PABX, fiber optic cable and equipment, railroad communications, micro waves, VSAT, bypass, CATV, WAN (Wide area networks), LAN (Local area networks) and ISDN (Integrated systems digital network).

WORK EXCLUDED: The installation of computer systems in industrial applications such as assembly lines, robotics and computer controller manufacturing systems. The installation of conduit and/or raceways shall be installed by Inside Wiremen. On sites where there is no Inside Wireman employed, the Teledata Technician may install raceway or conduit not greater than 10 feet. Fire alarm work is excluded on all new construction sites or wherever the fire alarm system is installed in conduit. All HVAC control work.
----------------------------------------------------------------
ELEC0026-016 11/07/2005

```
                                 Rates          Fringes

    Electrician (Excluding
    Communication-Low Voltage
    Wiring)......................$ 30.45         10.35+3%+a
```

a. PAID HOLIDAYS: New Year's Day, Martin Luther King Jr.'s Birthday, Inauguration Day, Memorial Day, Fourth of July, Labor Day, Veterans Day, Thanksgiving Day, the day after Thanksgiving and Christmas Day or days designated as legal holidays by the Federal Government.
----------------------------------------------------------------
ENGI0077-009 05/01/2005

```
                                 Rates          Fringes

    Power equipment operators:
        Boom Trucks..............$ 24.87         6.02+a
        Cranes (35 tons and above)..$ 25.74      6.02+a+b
        Cranes (under 35 tons)...$ 25.28         6.02+a+b
        Forklifts................$ 17.50         6.02+a
        Piledrivers..............$ 25.28         6.02+a
```

a. PAID HOLIDAYS:
   New Years Day, Inaugural Day, Decoration Day, Independence Day, Labor Day, Martin Luther King's Birthday, Veterans Day, Thanksgiving Day, Friday after Thanksgiving and Christmas Day.

WAIS Document Retrieval                                        Page 4 of 7

b. PREMIUM PAY:
   Tower cranes and cranes 100-ton and over to receive $1.00 per
   hour premium over Group One.
----------------------------------------------------------------
* IRON0005-001 06/01/2005

                              Rates            Fringes

   Ironworkers:
      Structural, Ornamental and
      Chain Link Fence............$ 24.53       10.795
----------------------------------------------------------------
IRON0201-003 05/01/2005

                              Rates            Fringes

   Ironworker, Reinforcing.......$ 24.45         9.73
----------------------------------------------------------------
LABO0074-001 06/01/2005

                              Rates            Fringes

   Laborer: Skilled..............$ 18.03         3.12

   FOOTNOTE: Potmen, power tool operator, small machine
   operator, concrete labor including concrete preparation,
   signalmen, laser beam operator, waterproofer, open caisson,
   test pit, underpinning, pier hole and ditches, laggers and
   all work associated with lagging that is not expressly
   stated, strippers, operator of hand derricks, vibrator
   operators, pipelayers, or tile layers, operators of
   jackhammers, paving breakers, spaders or any machine that
   does the same general type of work, scaffold builders,
   operators of towmasters, scootcretes, buggymobiles and
   other machines of similar character, operators of tampers
   and rammers, and other machines that do the same general
   type of work, whether powered by air, electric or gasoline
   builders of trestle scaffolds over one tier high and sand
   blasters, power and chain saw operators used in clearing,
   installers of well points, wagon drill operators, acetylene
   burners and licensed powdermen.
----------------------------------------------------------------
LABO0456-012 06/01/2005

                              Rates            Fringes

   Laborers:
      Mason Tenders (Brick).......$ 13.75        3.12
      Mortarmen, Scaffold Builders$ 14.45        3.12
----------------------------------------------------------------
MARB0002-002 05/01/2005

                              Rates            Fringes

   Marble & Stone Mason..........$ 28.72        10.55

   INCLUDES pointing, caulking and cleaning of All types of
   masonry, brick, stone and cement structures; EXCEPT
   pointing, caulking and cleaning of exisiting masonry,
   brick, stone and cement (restoration work)

```
----------------------------------------------------------------
MARB0003-001 05/01/2005

                              Rates          Fringes

    Mosaic & Terrazzo Worker,
        Tile Layer.................$ 23.17    8.53
----------------------------------------------------------------
MARB0003-004 05/01/2005

                              Rates          Fringes

    Marble, Tile & Terrazzo
        Finisher...................$ 18.72    7.62
----------------------------------------------------------------
PAIN0051-004 06/01/2005

                              Rates          Fringes

    Glazier
        Contracts $2,000,000 and
            under..................$ 21.87    7.21
        Contracts over $2,000,000..$ 23.09    7.21
----------------------------------------------------------------
PAIN0051-010 06/01/2005

                              Rates          Fringes

    Painters:
        Brush, Roller, Spray and
            Drywall Finishers......$ 21.31    7.06
----------------------------------------------------------------
PLAS0891-003 05/01/2004

                              Rates          Fringes

    Cement Mason...................$ 23.73    4.945
----------------------------------------------------------------
PLUM0005-007 08/01/2005

                              Rates          Fringes

    Plumber
        Apartment Buildings over 4
            stories (except hotels)....$ 19.86    7.56+a
        All Other Work.................$ 31.05   11.26+a

    a. PAID HOLIDAYS: Labor Day, Veterans' Day, Thanksgiving Day
    and the day after Thanksgiving, Christmas Day, New Year's
    Day, Martin Luther King's Birthday, Memorial Day and the
    Fourth of July.
----------------------------------------------------------------
PLUM0602-006 08/01/2005

                              Rates          Fringes

    Steamfitter, Refrigeration &
    Air Conditioning Mechanic
        (Including HVAC Pipe Work).....$ 30.27   12.02+a
```

TOTAL P.008
WAIS Document Retrieval

Page 7 of 7

* an existing published wage determination
* a survey underlying a wage determination
* a Wage and Hour Division letter setting forth a position on a wage determination matter
* a conformance (additional classification and rate) ruling

On survey related matters, initial contact, including requests for summaries of surveys, should be with the Wage and Hour Regional Office for the area in which the survey was conducted because those Regional Offices have responsibility for the Davis-Bacon survey program. If the response from this initial contact is not satisfactory, then the process described in 2.) and 3.) should be followed.

With regard to any other matter not yet ripe for the formal process described here, initial contact should be with the Branch of Construction Wage Determinations. Write to:

  Branch of Construction Wage Determinations
  Wage and Hour Division
  U.S. Department of Labor
  200 Constitution Avenue, N.W.
  Washington, DC 20210

2.) If the answer to the question in 1.) is yes, then an interested party (those affected by the action) can request review and reconsideration from the Wage and Hour Administrator (See 29 CFR Part 1.8 and 29 CFR Part 7). Write to:

  Wage and Hour Administrator
  U.S. Department of Labor
  200 Constitution Avenue, N.W.
  Washington, DC 20210

The request should be accompanied by a full statement of the interested party's position and by any information (wage payment data, project description, area practice material, etc.) that the requestor considers relevant to the issue.

3.) If the decision of the Administrator is not favorable, an interested party may appeal directly to the Administrative Review Board (formerly the Wage Appeals Board). Write to:

  Administrative Review Board
  U.S. Department of Labor
  200 Constitution Avenue, N.W.
  Washington, DC 20210

4.) All decisions by the Administrative Review Board are final.

==============================================================

END OF GENERAL DECISION

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS
United States of America f/u/b/o Atlantic Refinishing & Restoration, Inc., 2320 Old Washington Road, Waldorf, MD 20601

## DEFENDANTS
Selective Insurance Company of America
40 Wantage Avenue
Branchville, NJ 07890

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF — Charles
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT — Sussex
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Herman M Braude
Braude & Margulies, PC
1200 Potomac Street NW
Washington, D.C. 20007
(202) 471-5400

Case: 1:08-cv-01059
Assigned To : Collyer, Rosemary M.
Assign. Date : 6/19/2008
Description: Contract

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- 2 U.S. Government Defendant
- 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES
(PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | 1 | 1 | Incorporated or Principal Place of Business in This State | 4 | 4 |
| Citizen of Another State | ● 2 | ● 2 | Incorporated and Principal Place of Business in Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### A. Antitrust
- 410 Antitrust

### B. Personal Injury/Malpractice
- 310 Airplane
- 315 Airplane Product Liability
- 320 Assault, Libel & Slander
- 330 Federal Employers Liability
- 340 Marine
- 345 Marine Product Liability
- 350 Motor Vehicle
- 355 Motor Vehicle Product Liability
- 360 Other Personal Injury
- 362 Medical Malpractice
- 365 Product Liability
- 368 Asbestos Product Liability

### C. Administrative Agency Review
- 151 Medicare Act

Social Security:
- 861 HIA ((1395ff))
- 862 Black Lung (923)
- 863 DIWC/DIWW (405(g))
- 864 SSID Title XVI
- 865 RSI (405(g))

Other Statutes
- 891 Agricultural Acts
- 892 Economic Stabilization Act
- 893 Environmental Matters
- 894 Energy Allocation Act
- 890 Other Statutory Actions (If Administrative Agency is Involved)

### D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### E. General Civil (Other) OR F. Pro Se General Civil

**Real Property**
- 210 Land Condemnation
- 220 Foreclosure
- 230 Rent, Lease & Ejectment
- 240 Torts to Land
- 245 Tort Product Liability
- 290 All Other Real Property

**Personal Property**
- 370 Other Fraud
- 371 Truth in Lending
- 380 Other Personal Property Damage
- 385 Property Damage Product Liability

**Bankruptcy**
- 422 Appeal 28 USC 158
- 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- 535 Death Penalty
- 540 Mandamus & Other
- 550 Civil Rights
- 555 Prison Condition

**Property Rights**
- 820 Copyrights
- 830 Patent
- 840 Trademark

**Federal Tax Suits**
- 870 Taxes (US plaintiff or defendant
- 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- 610 Agriculture
- 620 Other Food &Drug
- 625 Drug Related Seizure of Property 21 USC 881
- 630 Liquor Laws
- 640 RR & Truck
- 650 Airline Regs
- 660 Occupational Safety/Health
- 690 Other

**Other Statutes**
- 400 State Reapportionment
- 430 Banks & Banking
- 450 Commerce/ICC Rates/etc.
- 460 Deportation

- 470 Racketeer Influenced & Corrupt Organizations
- 480 Consumer Credit
- 490 Cable/Satellite TV
- 810 Selective Service
- 850 Securities/Commodities/ Exchange
- 875 Customer Challenge 12 USC 3410
- 900 Appeal of fee determination under equal access to Justice
- 950 Constitutionality of State Statutes
- 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| G. *Habeas Corpus/ 2255* | H. *Employment Discrimination* | I. *FOIA/PRIVACY ACT* | J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| K. *Labor/ERISA (non-employment)* | L. *Other Civil Rights (non-employment)* | ☒ M. *Contract* | N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (If not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☒ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
Miller Act, 40 USC 3131

**VII. REQUESTED IN COMPLAINT**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ 147580   Check YES only if demanded in complaint
JURY DEMAND:  YES ☐  NO ☒

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☐   If yes, please complete related case form.

DATE 6/19/08   SIGNATURE OF ATTORNEY OF RECORD _Henry Braude_

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.