IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>FOR THE USE AND BENEFIT OF<br>ATLANTIC REFINISHING &<br>RESTORATION, INC.,<br><br>        Plaintiff/Use-Plaintiff,<br><br>v.<br><br>SELECTIVE INSURANCE COMPANY<br>OF AMERICA<br>40 WANTAGE AVENUE<br>BRANCHVILLE, NJ 07890,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S RULE LOCAL RULE 7.1 DISCLOSURE**

I, the undersigned counsel of record for Plaintiff Atlantic Refinishing & Restoration, Inc., ("Atlantic") certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of Atlantic which have any outstanding securities in the hands of the public?

**NONE**

These representations are made in order that the judges of this Court may determine the need for recusal.

Respectfully submitted,

_/s/ Herman Braude_
Herman M. Braude, D.C. Bar No. 051326
hbraude@braudemargulies.com
Michael A. Lewis, D.C. Bar No. 479906
mlewis@braudemargulies.com

Gina Jun, D.C. Bar No. 465762
gjun@braudemargulies.com
BRAUDE & MARGULIES, P.C.
1200 Potomac Street, N.W.
Washington, D.C. 20007
(202) 471-5400 - phone
(202) 471-5404 - fax