## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America for the Use and Benefit of **Atlantic Reginishing & Restoration, Inc.**<br><br>**Plaintiff**<br><br>v.<br><br>**Selective Insurance Company of America**<br><br><br>**Defendant** | )<br>)<br>)<br>)<br>) **Case No.: 1:08-cv-01059**<br>)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Wesley Jennings, a Process Server, being duly sworn deposes and says, I have been duly authorized to make service of the documents listed herein in the above titled case. I am over the age of eighteen years and not a party to or otherwise interested in this matter.

DOCUMENT(S) SERVED: Letter dated June 24, 2008, Affidavit of Diligence, Summons, Civil Cover Sheet, Complaint, Exhibits 1-2, Attachment A, Plaintiff's Local Rule 7.1 Disclosure, Consent to Proceed Before a United States Magistrate Judge for All Purposes and Initial Electronic Case Filing Order

SERVE TO: Selective Insurance Company of America c/o Superintendent of Corporations

SERVICE ADDRESS: Department of Consumer and Regulatory Affairs, 941 North Capitol Street, NE, Room 1100, Washington, DC 20002

DATE SERVED: June 25, 2008  TIME SERVED: 1:30 PM

METHOD OF SERVICE: In accordance with D.C. Code 29-101-12(b), duplicate copies of the documents listed herein in the above titled case and the statutory service fee of $15.00 by check made payable to the D.C. Treasurer.

PERSON SERVED: Denise Edelin, Paralegal, authorized to accept on behalf of the Superintendent of Corporations. Denise Edelin is described herein:

Gender: Female    Race/Skin: Black    Hair: Black/Greying    Age: 46    Height: 5'6"    Weight: 195

ADDRESS SERVED: Department of Consumer and Regulatory Affairs, 941 North Capitol Street, NE, Room 1100, Washington, DC 20002

I do solemnly declare and affirm under penalty of perjury that the information set forth herein is correct to the best of my knowledge, information and belief.

Wesley Jennings
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526

ID: 08-004067

District of Columbia : SS
Subscribed and Sworn to before me, in my presence,
this 27th day of June, 2008

Angela H. Croson, Notary Public, D.C.
My commission expires March 31, 2009

Client Reference: N/A

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Atlantic Refinishing & Restoration, Inc.
2320 Old Washington Road
Waldorf, MD 20601

**SUMMONS IN A CIVIL CASE**

V.

Selective Insurance of America
40 Wantage Avenue
Branchville, NJ 07890

Case: 1:08-cv-01059
Assigned To : Collyer, Rosemary M.
Assign. Date : 6/19/2008
Description: Contract

TO: (Name and address of Defendant)

Selective Insurance of America
40 Wantage Avenue
Branchville, NJ 07890

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Herman Braude
Braude & Margulies, PC
1200 Potomac Street NW
Washington, DC 20007
(202) 471-5400 - PHONE
(202) 471-5404 - FAX

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    JUN 1 9 2008

CLERK                                          DATE

(By) DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF ATLANTIC REFINISHING & RESTORATION, INC., 2320 Old Washington Road Waldorf, MD 20601 | ) ) ) ) ) ) ) | |
| Plaintiff/Use-Plaintiff, | ) ) | No.  1:08-cv-01059 Judge Rosemary Collyer |
| v. | ) ) | |
| SELECTIVE INSURANCE COMPANY OF AMERICA 40 WANTAGE AVENUE BRANCHVILLE, NJ 07890, | ) ) ) ) ) | |
| Defendant. | ) ) | |

JUN 25 2008

## AFFIDAVIT OF DILIGENCE

I, Michael A. Lewis, hereby state the following:

1.  I am over the age of 18 and competent to testify about the matters set forth herein;

2.  I am a resident of Arlington, Virginia;

3.  I am member of the Bar of the District of Columbia Court of Appeals;

4.  I am an attorney employed by Braude & Margulies, P.C., a law firm representing the Plaintiff, Atlantic Refinishing & Restoration, Inc., in the above-captioned case pending in the U.S. District Court for the District of Columbia;

5.  I have performed a diligent search regarding the Defendant in this case, Selective Insurance Company of America ("Selective"). Selective's principal place of business is in Branchville, New Jersey. Selective does not appear to have a business address within the District of Columbia.

1

6. Selective does not appear to have a registered agent for service of process within the District of Columbia. Other claimants who have sued Selective in D.C. courts in recent years have been required to serve the company through the Department of Consumer & Regulatory Affairs.

I swear under penalty of perjury that the above statements are true and correct.

Signed,

Michael A. Lewis
D. C. Bar No. 479906

DISTRICT OF COLUMBIA:

SWORN TO AND SUBSCRIBED BEFORE ME, the undersigned authority, duly authorized to administer oaths and take acknowledgements.

Date: July 24, 2008

By: _____
Notary Public

DORIS WILKINS
Notary Public, District of Columbia
My Commission Expires June 14, 2010

2