**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF ATLANTIC REFINISHING & RESTORATION, INC.,** | ) ) ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **Civil Action No. 08-1059 (RMC)** |
| **SELECTIVE INSURANCE COMPANY OF AMERICA,** | ) ) ) ) | |
| **Defendant.** | ) ) | |

**ORDER TO SHOW CAUSE**

Plaintiff filed a complaint in this matter on June 19, 2008.  The record reflects that Defendant Selective Insurance Company of America was served with a summons and copy of the complaint on June 25, 2008.  There has been no activity in this matter since.

Accordingly, it is hereby

**ORDERED** that, on or before August 29, 2008, Plaintiff shall **SHOW CAUSE** why the Court should not dismiss this action pursuant to Local Rule 83.23 for failure to prosecute.

**SO ORDERED**.

Date: August 5, 2008

/s/
ROSEMARY M. COLLYER
United States District Judge