IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>FOR THE USE AND BENEFIT OF<br>ATLANTIC REFINISHING &<br>RESTORATION, INC., <br><br>          Plaintiff/Use-Plaintiff,<br><br>v.<br><br>SELECTIVE INSURANCE COMPANY<br>OF AMERICA<br>40 WANTAGE AVENUE<br>BRANCHVILLE, NJ 07890,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)  No. 1:08-cv-01059<br>)  Judge Rosemary Collyer<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MEMORANDUM IN RESPONSE TO THE
COURT'S ORDER TO SHOW CAUSE**

The Court has issued an order directing the Plaintiff, Atlantic Refinishing & Restoration, Inc. ("Atlantic") to show cause as to why this case should not be dismissed for lack of prosecution pursuant to Local Civil Rule 83.23. As explained below, Atlantic has consented to a request for an extension of time until August 11, 2008, for the Defendant, Selective Insurance Company of America ("Selective") to respond to the Complaint, although Selective has apparently not yet filed papers with the Court seeking leave for such an extension. Under those circumstances, Atlantic should not be viewed as having failed to prosecute, and the case should not be dismissed.

As the Court's order implies, the Defendant, Selective Insurance Company of America ("Selective") is currently in default. Selective's statutory agent for service in the District of Columbia is the D.C. government, since Selective has chosen to do business in D.C. without a registered agent. The D.C. government was served on June 25, 2008, and Selective's responsive

1

pleading was due on or about July 15, 2008.

After Selective failed to file any response to the Complaint, rather than immediately request a default judgment, undersigned counsel contacted Selective's corporate offices in New Jersey to inquire as to whether the D.C. government had forwarded the Summons and Complaint to Selective, and whether an answer would be forthcoming. As shown by Exhibit 1, attached, Selective's outside counsel subsequently contacted Atlantic's attorneys thereafter and explained that the D.C. government had not forwarded the papers to Selective until July 21, 2008. Under those circumstances, Atlantic's attorneys consented to an extension of time until Monday, August 11, 2008, for Selective to file a response. Atlantic's attorneys also agreed to a written stipulation that Selective's attorney advised Atlantic's attorneys they proposed to file on July 30, 2008, although the stipulation has apparently not yet been filed by Selective's attorneys.

Under these circumstances, dismissal of the case at this time is not appropriate. If Selective does not file a response by the time agreed to between counsel (August 11, 2008), then Atlantic will thereafter request that a default judgment be entered in accordance with the applicable rules.

Respectfully submitted,

_____
Michael A. Lewis, D.C. Bar No. 479906
mlewis@braudemargulies.com
Herman M. Braude, D.C. Bar No. 051326
hbraude@braudemargulies.com
Gina Jun, D.C. Bar No. 465762
gjun@braudemargulies.com
BRAUDE & MARGULIES, P.C.
1200 Potomac Street, N.W.
Washington, D.C. 20007
(202) 471-5400 - phone
(202) 471-5404 - fax

## CERTIFICATE OF SERVICE

I certify that on August 5, 2008, a copy of the foregoing was sent by electronic and/or first-class mail, postage prepaid, to the following:

Brian P. Phelan, Esq.
bphelan@conlonfrantz.com
David J. Frantz, Esq.
dfrantz@conlonfrantz.com
Conlon, Frantz & Phelan, LLP
1818 N Street, N.W.
Washington, D.C. 20036

**Michael Lewis**

| | |
|---|---|
| **From:** | Brian Phelan [bphelan@conlonfrantz.com] |
| **Sent:** | Wednesday, July 30, 2008 11:32 AM |
| **To:** | Michael Lewis |
| **Subject:** | RE: Atlantic Refinishing v. Selective Insurance |

ok. thanks

**From:** Michael Lewis [mailto:mlewis@braudemargulies.com]
**Sent:** Wednesday, July 30, 2008 9:58 AM
**To:** Brian Phelan; Herman Braude
**Subject:** RE: Atlantic Refinishing v. Selective Insurance

Brain, no problem go ahead and file it.

Michael A. Lewis
Attorney at Law*
Braude & Margulies, P.C.
1200 Potomac Street, N.W.
Washington, D.C. 20007
(202) 471-5400 (ph)
(202) 471-5404 (fax)
(202) 297-5347 (cell)
mlewis@braudemargulies.com

*Licensed in Virginia and the District of Columbia

NOTICE: All information transmitted in this electronic communication is attorney-client privileged and confidential and is intended only for the use of the addressee(s). If the reader of this message is not the intended recipient or the delegee or agent responsible for delivering the message to the intended recipient(s), any forwarding or distribution of this communication is strictly prohibited. Anyone who receives this communication in error should notify the sender immediately by telephone or e-mail and promptly delete the message.

**From:** Brian Phelan [mailto:bphelan@conlonfrantz.com]
**Sent:** Wednesday, July 30, 2008 7:59 AM
**To:** Herman Braude
**Cc:** Michael Lewis
**Subject:** Atlantic Refinishing v. Selective Insurance

Herman and Michael: Per my t/c with Herman I attach a stipulation that the defendant has until Aug. 11 to respond. As I mentioned to Herman, Selective did not receive the complaint from the District until July 21. Please let me know if I am authorized to file this on you behalf.

Thanks for you consideration in this regard,

Brian

Brian P. Phelan, Esq.
Conlon, Frantz & Phelan, LLP
1818 N Street, NW #400
Washington, DC 20036
(202) 331-7050 EXT 101
(202) 331-9306 (fax)
bphelan@conlonfrantz.com



IN THE UNITED STATES DISTRICT COURT
For the District of Columbia

**United States of America**  :
**For The Use and Benefit**
**of Atlantic Refinishing &**  :
**Restoration, Inc.,**
                              :
      Plaintiff/Use-Plaintiff,      No. 1:08-cv-01059
                              :
**v.**
                              :
**Selective Insurance Company**
**of America**                :

      Defendant.      :

## STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

The parties hereto stipulate and agree that the Defendants herein shall have until August 11, 2008 in which to serve and file an answer or otherwise respond to the Complaint.

      Respectfully submitted,

| /s/ | | /s/ | |
|---|---|---|---|
| Herman M. Braude | #051326 | Brian P. Phelan | #193441 |
| Michael A. Lewis | #479906 | David J. Frantz | #202853 |
| Gina Jun | #465762 | Conlon, Frantz & Phelan, LLP | |
| Braude & Margulies, P.C. | | 1818 N Street, NW, Suite 400 | |
| 1200 Potomac Street, NW | | Washington, DC 20036 | |
| Washington, DC 20007 | | (202) 331-7050 | |
| (202) 471-5400 | | Fax: (202) 331-9306 | |
| Fax (202) 471-5404 | | bphelan@conlonfrantz.com | |
| hbraude@braudemargulies.com | | dfrantz@conlonfrantz.com | |
| mlewis@braudemargulies.com | | | |
| gjun@braudemargulies.com | | | |