IN THE UNITED STATES DISTRICT COURT
For the District of Columbia

| | |
|---|---|
| **United States of America** : <br> **For The Use and Benefit** <br> **of Atlantic Refinishing &** : <br> **Restoration, Inc.,** <br> : <br> Plaintiff/Use-Plaintiff, <br> : <br> v. <br> : <br> **Selective Insurance Company** <br> **of America** : <br> <br> Defendant. : | No. 1:08-cv-01059 |

## STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

The parties hereto stipulate and agree that the Defendants herein shall have until August 11, 2008 in which to serve and file an answer or otherwise respond to the Complaint.

Respectfully submitted,

/s/
Herman M. Braude          #051326
Michael A. Lewis          #479906
Gina Jun                  #465762
Braude & Margulies, P.C.
1200 Potomac Street, NW
Washington, DC 20007
(202) 471-5400
Fax (202) 471-5404
hbraude@braudemargulies.com
mlewis@braudemargulies.com
gjun@braudemargulies.com

/s/
Brian P. Phelan           #193441
David J. Frantz           #202853
Conlon, Frantz & Phelan, LLP
1818 N Street, NW, Suite 400
Washington, DC 20036
(202) 331-7050
Fax: (202) 331-9306
bphelan@conlonfrantz.com
dfrantz@conlonfrantz.com