UNITED STATES DISTRICT COURT
For the District of Columbia

For the Use and Benefit of       :
Atlantic Refinishing & Restoration, Inc..
                                 :
         **Plaintiff**
                                 :
v.                                        Case No. 1:08-CV-01059
                                 :
Selective Insurance of America
                                 :
         **Defendant.**
                                 :

## NOTICE ENTERING APPEARANCE OF COUNSEL

The Clerk will please enter the appearance of Brian P. Phelan, David J. Frantz and the law firm of Conlon, Frantz & Phelan, LLP as attorneys for Defendant, Selective Insurance Company of America.

Respectfully submitted,

/s/_____
Brian P. Phelan                #193441
David J. Frantz                #202853
Conlon, Frantz & Phelan, LLP
Attorney for Defendant
Selective Insurance Company of America
1818 N Street, NW, Suite 400
Washington, DC 20036
(202) 331-7050
Fax: (202) 331-9306
bphelan@conlonfrantz.com
dfrantz@conlonfrantz.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of August, 2008, copies of the foregoing Notice Entering Appearance of Counsel were served upon counsel listed below by first class mail, unless said party is a registered CM/ECF participant and the Notice of Electronic Filing indicates that notice was electronically mailed to said party:

Herman M. Braude
Michael A. Lewis
Gina Jun
Braude & Margulies, P.C.
1200 Potomac Street, NW
Washington, DC  20007
(202) 471-5400
Fax (202) 471-5404
hbraude@braudemargulies.com
mlewis@braudemargulies.com
gjun@braudemargulies.com


/s/_____
Brian P. Phelan